IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYDNEY MORGAN BROWN,

        Petitioner,

  v.

TOM L. CAREY, Warden,

        Respondent.
                                        /

No. CV-06-0861 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the petition for a writ of habeas corpus is hereby DENIED.

Dated: November 4, 2008                                              Richard W. Wieking, Clerk

                                                                              *Tracy Lucero*

                                                                         By: <u>Tracy Lucero</u>
                                                                               <u>Deputy Clerk</u>